FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:52 pm, Jun 08, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JASON DANIEL UNDERWOOD, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-120 |
| v. | |
| MORAN TOWING COMPANY, | |
| Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

On May 29, 2020, the Court conducted a telephonic conference with the parties. Doc. 18. During this conference, the Court reviewed the parties' status report, and the parties agreed there are outstanding discovery depositions. Id. at 1. The parties also note Plaintiff is still undergoing medical treatment, with surgery anticipated in the next 60 days. Id. Accordingly, the Court amends its prior Amended Scheduling Order, doc. 15, and sets forth the following deadlines.

| | |
|---|---|
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | September 14, 2020 |
| DEPOSITIONS OF ALL WITNESSES TAKEN FOR USE AT TRIAL | December 11, 2020 |
| PRE-TRIAL ORDER DUE | December 18, 2020 |

All other deadlines and instructions in the Court's prior Orders remain in full force and effect. Docs. 11, 15. During the telephonic conference, Plaintiff raised concerns about costs

incurred due to recent expert disclosures by Defendant.  Doc. 18.  Any request for a cost award or other sanctions must be made by written motion, and the parties shall confer about any issue prior to filing a motion.

      **SO ORDERED**, this 8th day of June, 2020.

                              BENJAMIN W. CHEESBRO
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA