FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:50 pm, Sep 24, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JASON DANIEL UNDERWOOD, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-120 |
| v. | |
| MORAN TOWING CORPORATION, | |
| Defendant. | |

**O R D E R**

By Order dated August 11, 2020, the Court scheduled this matter for a telephonic status conference.  Doc. 23.  The Court previously stayed the deadlines in this case to assist with the settlement process.  Doc. 20.  The Court conducted a telephonic status call on September 21, 2020.  The parties are still in the process of finalizing a settlement agreement and expressed the need for additional time to finalize their agreement.

To facilitate this process, the Court **EXTENDS** the stay for an additional 30 days.  The Court hereby **ORDERS** that another telephonic status call will be held on October 21, 2020 at 3:00 p.m.  Dial-in instructions will be provided by my courtroom deputy clerk prior to the scheduled call.  In the event the parties file a stipulation of dismissal prior to this status conference, the Court will cancel this conference.

**SO ORDERED**, this 24th day of September, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA